DORA LEVINE, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Argued June 11, 1935; decided July 11, 1935.)

*Samuel Lorvan* for appellant.

*Richard S. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.